**Transferred case has been opened**
**CMECF**  to: InterdistrictTransfer_WAWD                    11/07/2013 08:03 AM

```
CASE: 3:12-cv-05714

DETAILS: Case transferred from Washington Western
has been opened in United States District Court for the District of
Connecticut
as case 3:13-cv-01611, filed 11/06/2013.
```